# Court of Appeals
# of the State of Georgia

ATLANTA,   December 30, 2022

*The Court of Appeals hereby passes the following order:*

**A23I0106.  SANDERWALA, LLC et al. v. CATAMOUNT PROPERTIES 2018, LLC.**

This case is a property dispute between plaintiff Catamount Properties 2018, LLC and multiple defendants. On November 3, 2022, the trial court entered an order granting the plaintiff's motion to add Legal Services Group, LLC ("LSG") as a defendant and a separate order denying defendant Sanderwala LLC's motion for summary judgment. The court certified its orders for immediate review on November 28, 2022, and defendants Viren R. Patel; Sanderwala, LLC; and LSG filed this application for interlocutory review. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court "certifies within ten days of entry" of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement, see *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974), and if the certificate of immediate review is not entered within the prescribed ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231

Ga. 175, 176 (200 SE2d 748) (1973). Here, the certificate of immediate review was entered 25 days after entry of the orders on appeal, making it untimely. Accordingly, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,   12/30/2022        *
　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*